89 P.3d 534

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| Case | No. | Date | Disposition |
|------|-----|------|-------------|
| State v. Santos | 24549 | 04/14/2004 | Affirmed, vacated & remanded |
| Silva v. City and County of Honolulu | 25249 | 04/15/2004 | Affirmed |
| Kaopua v. Manuel | 24976 | 04/19/2004 | Vacated & remanded |
| Kam v. AMS Relocation, Inc. | 25427 | 04/21/2004 | Vacated & remanded |
| Griffing v. Griffing | 24581 | 04/23/2004 | Vacated & remanded |
| Aloha Council v. Pettigrew | 24955 | 04/23/2004 | Affirmed |
| State ex rel. Bennett v. Pettigrew | 24353 | 04/23/2004 | Affirmed |
| Cooke v. Marzec | 25274 | 04/27/2004 | Affirmed |
| Tuua v. State | 25328 | 04/28/2004 | Affirmed |